73,594-01
March. 26.2015

Mr. John Dee Gill. Jr.
# 1399089
264 Fm 3478
Huntsville, Texas
77320

Re: Cause No. 2005-995-C

ATN:

Court. OF Criminal Appeals

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAR 31 2015

Abel Acosta, Clerk

I. Petitioner John Dee Gill. Jr. TDC# 1399089 presently incarcerated at the Estelle unit 264 Fm 3478 Huntsville Texas 77320 is writing in request premission and obtain an order authorizing the district court to consider the Petition to present a Second or Successive petition due to the fact that Petitioner was denied due Process of Law when I filed the first 11.07 writ. and the Trial Attorney Mr. Lyle Gripp. refuse to do an Affidavit I wrote to the Karen Matkin the Clerk of McLennan County Courthouse and the Clerk sended me a letter saying that my Attorney Lyle Gripp. never filed an Affidavit which is a violation and O due process of my Constitution Rights

①

Requesting to come back in due to not Just denier of Affidavits. but My 11.07 writ was denied without written order which it was never been.

Thank you very much.

Sincerely Yours
Mr. John Dee Gill Jr
# 1399089
264 Fm 3478
Huntsville Texas
77320

CC
File
JD G.